IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>E-Z AUTO SALES, LLC, et al.<br><br>        Defendants. | Case No. 3:18-cv-00066-DHB-BKE |

## ACKNOWLEDGMENT OF SERVICE

I, John Manly, do hereby acknowledge on behalf of Defendant Oseas Martinez, due and legal service of the *Complaint for Declaratory Judgment* (Doc. 1), the summons directed to Mr. Martinez (Doc. 4, p. 3), the *Certificate of Interested Parties* filed by Plaintiff (Doc. 2), and the *Rule 26 Instruction Order* with associated forms (Doc. 3). Oseas Martinez has authorized me to acknowledge service on his behalf, and all other service of the complaint and summons upon him in this lawsuit is hereby expressly waived.

Oseas Martinez shall have twenty-one (21) days from the below date to respond to the *Complaint for Declaratory Judgment*.

This 18th day of September, 2018.

                                                                    /s/ John Manly
                                                                    John Manly
Bowen Painter Manly Shipley              Georgia Bar No. 194011
215 W York Street                        john@bowenpainter.com
Savannah, GA 31401                       *Attorney for Defendant Oseas Martinez*
(912) 335-1909