IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>E-Z AUTO SALES, LLC, CESAR PEREZ, ALEXANDER LOPEZ VAZQUEZ, QUANARIEK ROBERSON, SAFEPAY AUTOBROKERS, LLC, OSEAS MARTINEZ, WALL STREET INTERMODAL, LLC, KELLY LITTLE, and GREAT WEST CASUALTY COMPANY,<br><br>      Defendants. | Case No. 3:18-cv-00066-DHB-BKE |

**APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AS TO DEFENDANT ALEXANDER LOPEZ VAZQUEZ**

To the Clerk of the United States District Court for the Southern District of Georgia:

Request is hereby made for the entry of a default against Defendant ALEXANDER LOPEZ VAZQUEZ, for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a). An entry of default as to this Defendant is proper for the following reasons:

1. Plaintiff filed a Complaint for Declaratory Judgment on September 11, 2018. [See Doc. 1, *Complaint*].

2. On September 12, 2018, a summons was issued by the Deputy Clerk

requiring that Alexander Lopez Vazquez answer the Complaint within 21 days of service. [See Doc. 4 at pg. 5-6, *Summons of Alexander Lopez Vazquez*].

3. Alexander Lopez Vazquez was personally served with the Summons and Complaint on September 18, 2018. [See Doc. 10, *Proof of Service Returned as Executed by Sgt. Keith Ricks.*]

4. More than 21 days have passed since Alexander Lopez Vazquez was served with the Summons and Complaint.

5. Alexander Lopez Vazquez has not filed an answer to the Complaint or any other responsive pleading.

6. Alexander Lopez Vazquez has failed to plead or otherwise answer within the time required by Rule 12 of the Federal Rules of Civil Procedure.

7. This Application for Clerk's Entry of Default as to Defendant Alexander Lopez Vazquez is supported with an *Affidavit* as required by Rule 55(a). [See Exhibit A, *Affidavit in Support of Entry of Default*.]

WHEREFORE, the Plaintiff requests that the Clerk enter the default of Alexander Lopez Vazquez.

Respectfully submitted, this 2nd day of November, 2018.

/s/ David A. Harris
Ga. State Bar No. 668708
dah@boviskyle.com

*Counsel for Plaintiff United Specialty Insurance Company*

Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
(770) 391-9100

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Application for Clerk's Entry of Default as to Defendant Alexander Lopez Vazquez* was electronically filed with the Clerk of Court using the Court's CM/ECF system. Electronic service has been provided to the following counsel of record:

Jeremy S. McKenzie
Nicholas Shelton Evans
Dennis B. Keene
John Bell Manly
Tracy C. O'Connell

Additionally, I have served copies of the foregoing by mailing the same via United States Mail, first class and certified mail return receipt requested, to the following parties:

| | |
|---|---|
| Alexander Lopez Vazquez | E-Z Auto Sales, Inc. |
| Treutlen County Jail | C/O Eugene Dunwoody, Jr. |
| 530 Cascade Circle | its Registered Agent |
| Soperton, GA 30457 | 300 Mulberry Street, Suite 604 |
| | Macon, GA 31201 |

This 2nd day of November, 2018.

/s/ David A. Harris
Ga. State Bar No. 668708
dah@boviskyle.com