AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* E-Z Auto Sales Inc, C/O Eugene Dunwoody

was received by me on *(date)* 9/18/18

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Eugene Dunwoody, Jr. R/A , who is
designated by law to accept service of process on behalf of *(name of organization)* E-Z Auto Sales, LLC
on *(date)* 9/19/18 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/20/18

*Server's signature*

J.W. Downs, Process Server
*Printed name and title*

5764 Ky. Downs Dr.,
Macon, GA

*Server's address*

Additional information regarding attempted service, etc.


640668

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794