IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED SPECIALTY INSURANCE
COMPANY,

     Plaintiff,

v.

E-Z AUTO SALES, LLC, CESAR PEREZ,
ALEXANDER LOPEZ VAZQUEZ,
QUANARIEK ROBERSON, SAFEPAY
AUTOBROKERS, LLC, OSEAS
MARTINEZ, WALL STREET
INTERMODAL, LLC, KELLY LITTLE,
and GREAT WEST CASUALTY
COMPANY,

     Defendants.

Case No. 3:18-cv-00066-DHB-BKE

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby

stipulated and agreed by and between the Plaintiff and the Defendants[1] that the above-

captioned action is hereby dismissed without prejudice. Each party will bear their own

costs.

This 18th day of March, 2019.

[Signatures on the following page.]

---

[1] Defendants E-Z Auto Sales, LLC and Alexander Lopez Vazquez are in default (Doc. 28 and 30).

/s/ David A. Harris
Georgia Bar No. 668708
Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
(770) 391-9100
dah@boviskyle.com
*Counsel for Plaintiff United*
*Specialty Insurance Company*

/s/ Jeremy S. McKenzie
Georgia Bar No. 436655
Karsman, McKenzie & Hart
21 West Park Avenue
Savannah, GA 31401
(912) 335-4977
Jeremy@kmtrial.com
*Counsel for Defendant*
*Cesar Perez*

/s/ John Manly
Georgia Bar No. 194011
Manly Shipley LLP
7 East Congress Street, Suite 600C
Savannah, GA 31401
(912) 495-5360
john@manlyshipley.com
*Counsel for Defendant*
*Oseas Martinez*

/s/ Tracy C. O'Connell
Georgia Bar No. 553460
Ellis, Painter, Ratterree & Adams,
LLC
2 East Bryan St., 10th Floor
Savannah, GA 31401
(912) 233-9700
toconnell@epra-law.com
*Counsel for Defendants Quanariek*
*Roberson & Safepay Autobrokers, LLC*

/s/ Dennis B. Keene
Georgia Bar No. 410801
Bouhan Falligant, LLP
P.O. Box 2139
Savannah, GA 31402
(912) 232-7000
dkeene@bouhan.com
*Counsel for Defendants Wall Street*
*Intermodal, LLC, Kelly Little, & Great*
*West Casualty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Stipulation of Dismissal Without Prejudice* was electronically filed with the Clerk of Court using the Court's CM/ECF system. Electronic service has been provided to the following counsel of record:

Jeremy S. McKenzie
Nicholas Shelton Evans
Dennis B. Keene
John Bell Manly
Tracy C. O'Connell

This 19th day of March, 2019.

/s/ David A. Harris
Ga. State Bar No. 668708
dah@boviskyle.com