IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 318-066 |
| E-Z AUTO SALES, LLC; CESAR PEREZ; ALEXANDER LOPEZ VAZQUEZ; QUANARIEK ROBERSON; SAFEPAY AUTOBROKERS, LLC; OSEAS MARTINEZ; WALL STREET INTERMODEL, LLC; KELLY LITTLE; and GREAT WEST CASUALTY COMPANY, | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is a "Stipulation of Dismissal Without Prejudice," signed by all parties who have appeared in the case. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 19 day of March, 2019.

UNITED STATES DISTRICT JUDGE